UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EUNICE FELICIANO AND ELOY SANTIAGO,

    Plaintiffs,

vs.

    CASE NO.: 6:23-cv-01050

AVENTUS INSURANCE COMPANY,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

To:    The Judges of the United States District Court
       Middle District of Florida

Defendant, AVENTUS INSURANCE COMPANY ("Aventus"), gives notice of removal to this Court of the case styled *Eunice Feliciano And Eloy Santiago vs. Aventus Insurance Company*, Case No.: 23-31811 CICI, filed in the Seventh Judicial Circuit in and for Volusia County, Florida. As grounds for this removal, Defendant states as follows:

    1.    This is a property insurance dispute arising out of alleged damage to Plaintiffs' home as a result of a hurricane. Plaintiffs filed their Complaint on April 24, 2023 in the Seventh Judicial Circuit in and for Volusia County.

    2.    Aventus accepted service of the Complaint on May 15, 2023.

3. This action is one over which the Court has original jurisdiction pursuant to 28 U.S.C. § 1332, because the parties are diverse and the amount in controversy is in excess of $75,000.00

## THE PARTIES ARE DIVERSE.

4. Plaintiffs are Florida citizens.

   a) The subject property located at 506 Geraldine Dr., Deltona, FL 32725 is listed as the Plaintiffs' homestead on the Volusia County property appraiser's website. The report from the property appraiser is attached hereto as **Exhibit "A"**.

5. Aventus is a Texas citizen.

   a) Aventus is a foreign profit corporation which maintains its principle place of business in 6801 Calmont Ave., Ft Worth, TX 76116-4108. Aventus is not incorporated in the state of Florida. This information has been filed with the Florida Division of Corporations and is accessible via Sunbiz.org. Pursuant to 28 U.S.C. § 1332(c)(1), Aventus is not a Florida citizen.

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.

6. Plaintiffs filed a civil cover sheet labeling the estimated amount of the claim to be in excess of $100,000.00. A copy of the Civil Cover Sheet is attached to this Notice as **Exhibit "B"**.

7. Because this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, this case is one that may be removed to this Court pursuant to 28 U.S.C. § 1441.

## PROCEDURAL MATTERS

8. Defendant attaches hereto true and legible copies of the Complaint and state court docket sheet, along with all process, pleadings, orders, and other papers or exhibits of every kind then on file in the state court, in accordance with Local Rule 1.06 and 28 U.S.C. § 1446(a). There are no pending motions in the state court action.

9. Accompanying this Notice of Removal is a Civil Cover Sheet, as well as the required filing fee.

10. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been filed timely and without waiver by Defendant. It has been less than one year since the commencement of this action on April 24, 2023, and fewer than 30 days since Defendants were served with the Complaint.

11. Venue properly rests in the Orlando Division of the United States District Court, Middle District of Florida, pursuant to 28 U.S.C. § 1441(a) and Local Rules 1.04(a) and 1.06 because this action is being removed from the state court where it was originally filed in the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida.

12. The Defendant represents it will file with the Clerk of the Court for the Seventh Judicial Circuit, in and for Volusia County, Florida a Notice of Filing Notice of Removal pursuant to 28 U.S.C. Section 1446(d), and will give written

notice thereof to all adverse parties.  *See* **Exhibit "C,"** Notice of Filing Notice of Removal.

WHEREFORE, Defendant, Aventus Insurance Company, respectfully requests this Court to assume jurisdiction of the above-described action now pending in the Seventh Judicial Circuit in and for Volusia County, Florida, pursuant to 28 U.S.C. §§ 1332 and 1441.

Respectfully submitted,

/s Joseph M. Tracy
ALLAN J. ROTLEWICZ
Florida Bar No.:  0088806
E-mail:  arotlewicz@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
100 North Tampa Street, Suite 2000
Tampa, Florida  33602-5853
Tel:  813.223.4253
Fax:  813.221.4752

JOSEPH M. TRACY
Florida Bar No.:  1039062
E-mail:  jtracy@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel:  407.872.7300
Fax:  407.841.2133

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served a true and correct copy via e-mail to the following:

| KANNER & PINTALUGA, P.A.<br>Daniel A. Norton, Esq.<br>Florida Bar No.: 4411<br>925 S Federal Highway, 6th Floor<br>Boca Raton, FL 33432<br>Tel: 561.424.0032<br>Email: dnorton@kpattorney.com<br>FirstPartyEservice@kpattorney.com<br>(Counsel for Plaintiff) | |

/s Joesph M. Tracy
ALLAN J. ROTLEWICZ
Florida Bar No.:  0088806
E-mail:  arotlewicz@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
100 North Tampa Street, Suite 2000
Tampa, Florida  33602-5853
Tel:  813.223.4253
Fax:  813.221.4752

JOSEPH M. TRACY
Florida Bar No.:  1039062
E-mail:  jtracy@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel:  407.872.7300
Fax:  407.841.2133
**Attorneys for Defendant, Aventus Insurance Company**

18008349.v1

Case 6:23-cv-01050-PGB-E_K   Document 1   Filed 06/05/23   Page 6 of 6 PageID 6